Name: MARIE DAVIS
Address: 2996 S 8560 W MAGNA, UT 84044
Telephone: 424.302.6887

RECEIVED US Dist Court-UT
APR 28 '21 PM 12:05

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## FEDERAL DIVISION

| | |
|---|---|
| MARIE DAVIS <br> (Full Name) <br> PLAINTIFF <br><br> vs. <br><br> MAGNA UNIFIED POLICE <br><br><br><br> DEFENDANTS | **CIVIL RIGHTS COMPLAINT** <br> (42 U.S.C §1983, §1985) <br><br> Case: 2:21-cv-00262 <br> Assigned To : Romero, Cecilia M. <br> Assign. Date : 4/28/2021 <br> Description: Davis v Magna Unified Police |

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. _X_ 42 U.S.C. §1983
   b. ___ 42 U.S.C. §1985
   c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF _____ MARIE DAVIS
   IS A CITIZEN OF THE STATE OF _____ UTAH _____

   PRESENT MAILING ADDRESS:           2996 S 8560 W

                                       MAGNA, UT 84044

3.  NAME OF FIRST DEFENDANT _____ MAGNA UNIFIED POLICE _____
    IS A CITIZEN OF _____ MAGNA, UT 84044 _____
    (City and State)

    IS EMPLOYED AS  OFFICER _____ at _____ MAGNA UNIFIED POLICE _____
    (Position and Title if Any)    (Organization)
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES _X_ NO ___. If your answer is "YES" briefly explain.

    __ PROCEDURAL DUE PROCESS _____

    _____

    _____

4.  NAME OF SECOND DEFENDANT _____
    (If applicable)

    IS A CITIZEN OF _____
    (City and State)

    IS EMPLOYED AS _____ at _____.
    (Position and Title if Any)    (Organization)
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES ___ NO ___. If your answer is "YES" briefly explain.

    _____

    _____

    _____

5.  NAME OF THIRD DEFENDANT _____
    (If applicable)

    IS A CITIZEN OF _____
    (City and State)
    IS EMPLOYED AS _____ at _____.
    (Position and Title if Any)    (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES __X__ NO___. If your answer is "YES" briefly explain.

_____ FAILURE TO FOLLOW PROCEDURAL DUE PROCESS

_____

_____

6. NAME OF FOURTH DEFENDANT_____
   (If applicable)

   IS A CITIZEN OF_____
           (city and State)

   IS EMPLOYED AS_____ at _____.
       (Position and Title if Any)    (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO___. If your answer is "YES" briefly explain.

   _____

   _____

   _____

(Use additional sheets of paper if necessary.)

### B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   _____ PLEASE REFER TO CIVIL CASE NUMBER 214902491

   _____

   _____

   _____

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

    a. (1) Count I: __VIOLATION OF 14th AMENDMENT__

    (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
    __32 US 117 (1945)__
    __325 US 77 (1945)__

    b. (1) Count II: _____

    (2) Supporting Facts: _____

    c. (1) Count III: _____

  (2) Supporting Facts: _____

_____

_____

_____

_____

_____

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

   AMERICANS WITH DISABILITIES PTSD
   PAIN AND SUFFERING

_____

_____

_____

_____

_____

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO __X__. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

  a. Parties to previous lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

  b. Name of court and case or docket number: _____

    c.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d.    Issues raised: _____

_____

_____

    e.    When did you file the lawsuit? _____
                                                                 Date    Month    Year

    f.    When was it (will it be) decided? _____

2.    Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO __X__. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1.    I believe that I am entitled to the following relief:

PAID TIME OFF WORK AS WELL AS PAIN AND SUFFERING DAMAGES NOT TO EXCEED 200,000

## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at _____MAGNA_____ on \_\_APRIL 28\_\_ 20 21 .
              (Location)          (Date)

_____
Signature